# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TOM HENSIEK, et al., | ) |
|     Plaintiffs, | ) ) ) |
| v. | ) Case No. 3:20-cv-00377-SMY ) ) |
| BOARD OF DIRECTORS OF CQ HOLDING COMPANY, INC., et al., | ) ) ) |
|     Defendants. | ) ) |

## ENTRY OF APPEARANCE

COMES NOW Ronald A. Norwood of the law firm of Lewis Rice LLC and hereby enters his appearance on behalf of Defendant Timothy J. Rand.

Dated: July 9, 2020

Respectfully submitted,

**LEWIS RICE LLC**

By: /s/ Ronald A. Norwood
    Ronald A. Norwood, #06197900

600 Washington Ave., Suite 2500
St. Louis, Missouri 63101
(314) 444-7759 (Telephone)
(314) 612-7759 (Facsimile)
rnorwood@lewisrice.com

*Counsel for Defendant Timothy J. Rand*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of July, 2020, a true copy hereof was electronically filed with the Clerk of the Court using the CM/ECF system, to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ Ronald A. Norwood