UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Hensiek et al. | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Case Number: 3:20-cv-0377-DWD |
| Board of Directors of Casino Queen Holding Company, inc. et al. | ) |
| _Defendant(s)_ | ) |

# MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of __Plaintiffs Tom Hensiek and Jason Gill__.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of __Idaho, Washington, D.C., and Virginia (Inactive)__. The state and federal bar numbers issued to me are: __10023 (Idaho), 1643413 (D.C.), 89583 (Virginia)__.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: March 21, 2022
Date

Stris & Maher, LLP
1717 K Street NW, Suite 900
Street Address

Washington, D.C., 20006-5349
City, State, Zip

/s/ Colleen Smith
Signature of Movant

Colleen Smith
Printed Name