# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Tom Hensiek, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Board of Directors of CQ Holding Company, Inc.. *et al.*, <br><br> Defendants. | Case No. 3:20-cv-0377-DWD |
| James G. Koman, <br><br> Contingent Crossclaim Plaintiff, <br><br> v. <br><br> Charles Bidwill, III, *et al.*, <br><br> Contingent Crossclaim Defendants. | |
| Charles Bidwill, III, *et al.* <br><br> Counterclaimants, Crossclaim Plaintiffs, Third-Party Plaintiffs, <br><br> v. <br><br> Tom Hensiek, *et al.* <br><br> Counterclaim Defendants, Crossclaim Defendants, Third Party Defendants. | |
| Board of Directors of CQ Holding Company, Inc., *et al.*, <br><br> Crossclaim Plaintiffs, <br><br> v. <br><br> Charles Bidwill, *et al.*, <br><br> Crossclaim Defendants, Third Party Defendants. | |

## REQUEST FOR ISSUANCE OF SUMMONS

COME NOW Defendants Timothy J. Rand and Charles Bidwill III, by and through their undersigned counsel, and hereby request that the Clerk of this Court issue a Summons for service on Third-Party Defendant Philip Kenny, as follows:

Philip Kenny
707 Glenayre Drive
Glenview, Illinois 60025

A copy of the Summons is attached hereto as Exhibit A.

Respectfully submitted,

**LEWIS RICE LLC**

Dated: May 26, 2022        By:    /s/ Ronald A. Norwood
Ronald A. Norwood, #06197900
Apollo Carey, #06291448
600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101
(314) 444-7759 (Telephone)
(314) 612-7759 (Facsimile)
rnorwood@lewisrice.com
acarey@lewisrice.com

*Attorneys for Defendants*
*Timothy J. Rand and Charles Bidwill III*

# EXHIBIT A

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Tom Hensiek, et al. <br> *Plaintiff* <br> v. <br> Timothy J. Rand and Charles Bidwill III <br> *Defendant, Third-party plaintiff* <br> v. <br> Philip Kenny <br> *Third-party defendant* | ) <br> ) <br> ) Civil Action No. 3:20-cv-00377-DWD <br> ) <br> ) <br> ) <br> ) <br> ) |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*  Philip Kenny
707 Glenayre Drive
Glenview, Illinois 60025

 A lawsuit has been filed against defendant  Timothy J. Rand and Charles Bidwill III , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  Tom Hensiek, et al. .

 Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Ronald A. Norwood, 600 Washington Avenue, Suite 2500, St. Louis, Missouri 63101

 It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michelle C. Yau, 1100 New York Ave. NW/Fifth Floor, Washington, DC 20005
Victor O'Connell, 777 S. Figueroa St., Suite 3850, Los Angeles, California 90017

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

 A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was filed via the Court's electronic filing system on this 26th day of May 2022.

                                                            */s/ Ronald A. Norwood*