# AFFIDAVIT OF SERVICE

| Case: 3:20-cv-0377-DWD | Court: United States District Court for the Southern District of Illinois | County: IL | Job: 7185598 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Tom Hensiek Jason Gill, and Lillian Wrobel, on behalf of themselves individually, and on behalf of similarly situated participants and beneficiaries of the Casino Queen Employee Stock Ownership Plan, | | **Defendant / Respondent:** Board of Directors of CQ Holding Company, Inc., (aka CQH Board of Directors), et al, | |
| **Received by:** ASAP Process Service & Investigations LLC | | **For:** Lewis Rice | |
| **To be served upon:** Phillip Kenny | | | |

I, Stephen Glazier, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | Phillip Kenny, Home: 707 Glenayre Dr, Glenview, IL 60025 |
| Manner of Service: | Personal/Individual, Jun 10, 2022, 4:48 pm CDT |
| Documents: | Summons, Answer, 3rd Party Complaint, 26 Exhibits |

Additional Comments:
1) Unsuccessful Attempt: June 3, 2022, 11:56 am CDT at Home: 707 Glenayre Dr, Glenview, IL 60025
Arrived at 707 Glenayrd Dr., Glenview. The location was a single-family home with a three car garage. I rang the camera doorbell and knocked on the door several times with no response.

2) Unsuccessful Attempt: Jun 6, 2022, 6:11 pm CDT at Home: 707 Glenayre Dr, Glenview, IL 60025
Arrived at 707 Glenayre Dr., Glenview. I rang the doorbell and knocked on the door several times with no response. There was a delivered package at the front door. No movement.

3) Successful Attempt: Jun 10, 2022, 4:48 pm CDT at Home: 707 Glenayre Dr, Glenview, IL 60025 received by Phillip Kenny. Age: 67; Ethnicity: Caucasian; Gender: Male;

Under penalties provided by law pursuant to section 1-109 of the code of civil procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_Stephen Glazier_  06/10/2022
Stephen Glazier       Date

ASAP Process Service & Investigations LLC
120 W. Madison St Suite 1310
Chicago, IL 60602
7733157494