# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | | |
|---|---|---|
| **TOM HENSIEK, et al.** | ) | |
| ————————————————— | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:20-cv-00377-SMY |
| | ) | |
| **BOARD OF DIRECTORS OF CQ HOLDING COMPANY, INC., et al.** | ) | |
| ————————————————— | ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Francis Schmidt, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Franklin Toti in Clark County, NV on June 28, 2022 at 1:56 pm at 9101 Alta Dr, Unit 803, Las Vegas, NV 89145 by residential substituted service by leaving the documents at the usual place of abode of Franklin Toti with Jackie (Refused Last Name) who is the Front Desk Security of Franklin Toti and whose age is 18 years or older.

Defendants' The Board of Directors of CQ Holding Company, Inc., The Administrative Committee of the Casino Queen Employee Stock Ownership Plan, Jeffrey Watson, and Robert Barrows Answer and Affirmative Defenses to Plaintiffs' First Amended Class Action Complaint, CrossClaims and Third-Party Complaint
Summons

Additional Description:
I delivered the documents to Jackie at the front desk security. Security said they would get the documents to Mr. Toti.

Asian Male, est. age 30-35, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=36.16696666,-115.29219056
Photograph: See Exhibit 1



—————————————————
Signature
Francis Schmidt
(702) 281-9082

Subscribed and sworn to before me this ___1___ day of _____July_____ ,

____22____ , by __Amber Jo Martinez__ .

Witness my hand and official seal.

My commission expires: ___10/08/2023___

AMBER JO MARTINEZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194038470
MY COMMISSION EXPIRES 10/08/2023

Online Notary Public. This notarial act involved the
use of online audio/video communication technology.

*Amber Jo Martinez*

_____
Notary Public

# Exhibit 1



Exhibit 1a)