# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| TOM HENSIEK, et al., <br> *Plaintiff(s)* <br> v. <br> BOARD OF DIRECTORS OF CQ HOLDING COMPANY, INC., et al., <br> *Defendant(s)* | Case Number: 3:20-cv-00377 |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for Third-Party Defendants Casino Queen, Inc. and CQ Holding Company, Inc.

DATED: August 15, 2022

*/s/ Scott C. Fanning*
Signature

Scott C. Fanning
Name

FISHER & PHILLIPS LLP
10 S. Wacker Drive, Suite 3450, Chicago, IL, 60606
Address

(312) 346-8061
Phone Number

(312) 346-3179
Fax Number

sfanning@fisherphillips.com
E-Mail Address

Rev. 2/11