# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TOM HENSIEK, et al., )<br>    Plaintiffs, )<br>)<br>vs. )<br>)<br>BD. OF DIRECTORS OF CASINO QUEEN )<br>HOLDING CO., INC., *et al.*, )<br>    Defendants. )<br>_____ )<br>)<br>BD. OF DIRECTORS OF CASINO QUEEN )<br>HOLDING CO., INC., *et al.* )<br>    Crossclaim/Third-Party Plaintiffs, )<br>)<br>vs. )<br>)<br>CHARLES BIDWILL, III, *et al.,* )<br>    Crossclaim/Third-Party Defendants, )<br>_____ )<br>)<br>CHARLES BIDWILL, III, )<br>TIMOTHY J RAND, )<br>    Defendants/Counterclaimants, )<br>    Crossclaim/Third Party Plaintiffs, )<br>vs. )<br>)<br>TOM HENSIEK, *et al.,* )<br>    Counterclaim/Crossclaim/Third-Party )<br>    Defendants. )<br>_____ )<br>JAMES G. KOMAN, )<br>    Crossclaim Plaintiff, )<br>vs. )<br>)<br>BD. OF DIRECTORS OF CASINO QUEEN )<br>HOLDING CO., INC., *et al.* )<br>    Crossclaim Defendants. )<br>_____ ) | Case No. 20-CV-377-DWD |

## CQ HOLDING COMPANY, INC.'S
## CORPORATE DISCLOSURE STATEMENT

    Third Party Defendant CQ Holding Company, Inc. informs the Court as follows:

FP 45015782.1

(1)     No publicly traded company owns 10% or more of CQ Holding Company, Inc.'s stock.

(2)     CQ Holding Company, Inc. is wholly owned by SG CQ Gaming LLC, a Delaware limited liability company.

Respectfully submitted,

**FISHER & PHILLIPS LLP**

*/s/ Joel W. Rice*
Joel W. Rice
Daniel F. Lanciloti
10 South Wacker Drive, Suite 3450
Chicago, Illinois 60606
P: (312) 346-8061
F: (312) 346-3179
jrice@fisherphillips.com
dlanciloti@fisherphillips.com

*Attorneys for Defendants/Contingent Crossclaim Defendants The Board of Directors of CQ Holding Company, Inc., The Administrative Committee of the Casino Queen Employee Stock Ownership Plan, Jeffrey Watson, and Robert Barrows and Third-Party Defendants Casino Queen, Inc. and CQ Holding Company, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on August 25, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

      Respectfully submitted,

      */s/ Daniel F. Lanciloti*
      Daniel F. Lanciloti