# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Tom Hensiek, Jason Gill, and Lillian Wrobel, on behalf of themselves individually, and on behalf of similarly situated participants and beneficiaries of the Casino Queen Employee Stock Ownership Plan, <br><br> Plaintiffs, <br><br> v. <br><br> Board of Directors of CQ Holding Company, Inc. (a/k/a CQH Board of Directors), the Administrative Committee of the Casino Queen Employee Stock Ownership Plan, the Co-Trustees of the Casino Queen Employee Stock Ownership Plan, Charles Bidwill III, Timothy J. Rand, James G. Koman, Jeffrey Watson, Robert Barrows, Mary C. Bidwill, Brian R. Bidwill, Patricia M. Bidwill, Shauna Bidwill Valenzuela, The Bidwill Succession Trust, its Trustee, and any beneficiaries of said Trust, Bidwill Kasino Trust, its Trustee, and any beneficiaries of said Trust, The Karen L. Hamilton Irrevocable Trust, its Trustee, and any beneficiaries of said Trust, The William J. Koman, Jr. Irrevocable Trust, its Trustee, and any beneficiaries of said Trust, The William J. Koman, Sr. Living Trust, its Trustee, and any beneficiaries of said Trust, The Elizabeth S. Koman Irrevocable Trust, its Trustee, and any beneficiaries of said Trust, The Janis A. Koman Irrevocable Trust, its Trustee, and any beneficiaries of said Trust, and The James G. Koman Irrevocable Trust, its Trustee, and any beneficiaries of said Trust, <br><br> Defendants. | Case No.: 3:20–cv–377 <br><br> MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF DIANE KEE |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF DIANE KEE

Diane Kee, Esq. hereby requests that this Court grant her leave to withdraw her appearance as *pro hac vice* counsel for Plaintiffs, as she will be leaving the law firm of Cohen Milstein Sellers & Toll PLLC on August 31, 2022 to begin a federal judicial clerkship on September 6, 2022. Plaintiffs will continue to be represented by Michelle C. Yau, Esq., Mary J. Bortscheller, Esq., and Ryan A. Wheeler, Esq. of Cohen Milstein Sellers & Toll PLLC; and Rachana Pathak, Esq., Victor O'Connell, Esq., John Stokes, Esq., and Colleen R. Smith, Esq., of Stris & Maher LLP.

WHEREFORE, the undersigned counsel respectfully requests that she be permitted to withdraw her appearance as counsel for Plaintiffs.

Dated: August 31, 2022

Respectfully submitted,

*/s/ Diane Kee, pro hac vice*

Michelle C. Yau, pro hac vice
Mary J. Bortscheller, Illinois Bar: 6304457
Ryan A. Wheeler, pro hac vice
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
(202) 408-4600
myau@cohenmilstein.com
mborscheller@cohenmilstein.com
rwheeler@cohenmilstein.com

Rachana Pathak, *pro hac vice*
Victor O'Connell, *pro hac vice*
John Stokes, *pro hac vice*
Colleen R. Smith, *pro hac vice*
Stris & Maher LLP
777 S. Figueroa St., Suite 3850
Los Angeles, CA 90017
(213) 995-6800

1

2

rpathak@stris.com
voconnell@stris.com
jstokes@stris.com
csmith@stris.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 31st day of August, a true copy hereof was electronically filed with the Clerk of the Court using the CM/ECF system, to be served by operation of the Court's electronic filing system on all counsel of record.

<i>/s/ Diane Kee</i>