# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TOM HENSIEK, *et al.,*<br>    Plaintiffs,<br><br>vs.<br><br>BD. OF DIRECTORS OF CASINO QUEEN HOLDING CO., INC., *et al.*,<br>    Defendants. | |
| BD. OF DIRECTORS OF CASINO QUEEN HOLDING CO., INC., *et al.*,<br>    Crossclaim/Third-Party Plaintiffs,<br><br>vs.<br><br>CHARLES BIDWILL, III, *et al.*,<br>    Crossclaim/Third-Party Defendants. | |
| CHARLES BIDWILL, III,<br>TIMOTHY J. RAND,<br>    Defendants/Counterclaimants,<br>    Crossclaim/Third-Party Plaintiffs,<br><br>vs.<br><br>TOM HENSIEK*, et al.*,<br>    Counterclaim/Crossclaim/Third-Party<br>    Defendants. | Case No. 3:20-cv-00377-DWD |
| JAMES G. KOMAN,<br>    Crossclaim Plaintiff,<br><br>vs.<br><br>BD. OF DIRECTORS OF CASINO QUEEN HOLDING CO., INC., *et al.*<br>    Crossclaim Defendants. | |

## JOINT NOTICE OF CLASS-ACTION SETTLEMENT AND MOTION TO CONTINUE STAY AND SET DEADLINE FOR PRELIMINARY APPROVAL

Tom Hensiek, Jason Gill, and Lillian Wrobel ("Plaintiffs"), along with all Defendants,[1] (collectively, the "Parties") hereby provide this status update pursuant to the Court's Order (ECF 536). The Parties hereby notify the Court that they have reached agreement on material terms of a class action- settlement. So that the Parties may focus on finalizing the settlement and the settlement approval process, the Parties respectfully request that the Court: 1) continue the stay of this case and of all existing case deadlines; and 2) set a deadline of November 11, 2024 for the Parties to file a motion for preliminary approval of their anticipated final class-action settlement agreement. In support, the Parties state as follows:

1. On April 8, 2024, the Seventh Circuit granted Plaintiffs' Petition to Appeal Under Fed. R. Civ. P. 23(f) ("Petition"). *See* ECF 516.

2. The Parties have been undertaking settlement negotiations in an attempt to reach a global settlement.

3. On June 17, 2024, this Court granted the Parties' Joint Motion to Stay Pending Settlement Negotiations and stayed this case through August 1, 2024, so that the Parties could pursue settlement negotiations. ECF 532.

---

[1] The Defendants include the Board of Directors of CQ Holding Company, Inc. (a/k/a CQH Board of Directors); the Administrative Committee of the Casino Queen Employee Stock Ownership Plan; the Co-Trustees of the Casino Queen Employee Stock Ownership Plan; Charles Bidwill, III; Timothy J. Rand; James G. Koman; Jeffrey Watson; Robert Barrows; Mary C. Bidwill; Brian R. Bidwill; Patricia M. Bidwill; Shauna Bidwill Valenzuela; The Karen L. Hamilton Irrevocable Trust, its Trustee, and any beneficiaries of said Trust; The William J. Koman, Jr. Irrevocable Trust, its Trustee, and any beneficiaries of said Trust; The William J. Koman, Sr. Living Trust, its Trustee, and any beneficiaries of said Trust; The Elizabeth S. Koman Irrevocable Trust, its Trustee, and any beneficiaries of said Trust; The Janis A. Koman Irrevocable Trust, its Trustee, and any beneficiaries of said Trust; and The James G. Koman Irrevocable Trust, its Trustee, and any beneficiaries of said Trust.

4. On August 1, 2024, the Parties moved the Court to extend the stay so that settlement negotiations could continue. ECF 535. On August 2, 2024, the Court extended the stay through September 3, 2024 and directed the Parties to file a notice of settlement or joint status report on that date. ECF 536.

5. On September 3, 2024, the Parties executed a term sheet reflecting material terms of a class-action settlement.

6. The Parties are now working toward finalizing and executing a full class-action settlement agreement that, if approved by the Court, would resolve this case and the appeal pending before the Seventh Circuit. A stay is in the interest of judicial economy and will allow the Parties to focus on finalizing their full settlement agreement and moving for preliminary approval of the settlement.

WHEREFORE, the Parties respectfully request that the Court: 1) continue the stay of this case and of all existing case deadlines; and 2) set a deadline of November 11, 2024 for the Parties to file a motion for preliminary approval.

Dated: September 3, 2024

Respectfully submitted,

*/s/ Ryan Wheeler*
Michelle C. Yau
Ryan A. Wheeler
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
(202) 408-4600
myau@cohenmilstein.com
rwheeler@cohenmilstein.com

Shaun P. Martin
5998 Alcala Park, Warren Hall
San Diego, CA 92110
(619) 260-4600
smartin@sandiego.edu

*Counsel for Plaintiffs*

/s/ Andrew Salek-Raham   (with consent)
Lars C. Golumbic
Hannah Stephens
Larry M. Blocho, Jr.
Sarah M. Adams
Andrew D. Salek-Raham
Groom Law Group, Chartered
1701 Pennsylvania Ave. NW
Suite 1200
Washington, DC 20006
lgolumbic@groom.com
hstephens@groom.com
lblocho@groom.com
sadams@groom.com
asalek-raham@groom.com

/s/ Ann Barron  (with consent)
Ann C. Barron
Heyl, Royster, et al.
105 West Vandalia Street
Mark Twain Plaza III, Suite 100
P.O. Box 467
Edwardsville, IL 62025
abarron@heylroyster.com

Caleb M. Harmon
1059 Wilson Ave.
St. Louis, MO 63101
charmon@heylroyster.com

/s/ Michael Croghan  (with consent)
Michael P. Croghan, Jr.
Raymond J. Koenig, III
Jonathan A. Lippner
Nicole M. Prefontaine
Clark Hill PLC
130 E. Randolph Street
Suite 3900
Chicago, IL 60601
mcroghan@clarkhill.com
rkoenig@clarkhill.com
jlippner@clarkhill.com
nprefontaine@clarkhill.com

/s/ Stephen O'Brien   (with consent)
Stephen H. Rovak
Stephen J. O'Brien
Alice M. Aten
Dentons US LLP
One Metropolitan Square
211 North Broadway
Suite 3000
St. Louis, MO 63102
stephen.rovak@dentons.com
stephen.obrien@dentons.com
alice.aten@dentons.com

/s/ Roger Stetson (with consent)
Nicholas H. Callahan
Barack Ferrazzano Kirschbaum & Nagelberg
121 S. 8th Street
Suite 895
Minneapolis, MN 55402
nick.callahan@bfkn.com

Roger H. Stetson
David B. Lurie
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street
Suite 3900
Chicago, IL 60606
roger.stetson@bfkn.com
david.lurie@bfkn.com

/s/ Joel Rice (with consent)
 Joel W. Rice
Daniel F. Lanciloti
Scott C. Fanning
Fisher & Phillips LLP
10 South Wacker Drive
Suite 3450
Chicago, IL 60606
jrice@fisherphillips.com
dlanciloti@fisherphillips.com
sfanning@fisherphillips.com

/s/ John Schriver (with consent)

| | |
|---|---|
| Kevin A. Fanning<br>Clark Hill PLC<br>220 Park Street<br>Suite 200<br>Birmingham, MI 48009<br>kfanning@clarkhill.com | John T. Schriver, III<br>Edward J. Keating<br>Duane Morris LLP<br>190 S. LaSalle Street<br>Suite 3700<br>Chicago, IL 60603<br>jtschriver@duanemorris.com<br>ejkeating@duanemorris.com |

*/s/ Jacob Simon  (with consent)*
Kenneth J. Mallin
Jeffrey S. Russell
Jacob B. Simon
Bryan Cave Leighton Paisner
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
314-259-2000
kjmallin@bclplaw.com
jsrussell@bclplaw.com
jacob.simon@bclplaw.com

*/s/ Ardyth Eisenberg (with consent)*
Ardyth J Eisenberg
7320 Lake St.
Ste No. 5
River Forest, IL 60305
ardyth.eisenberg@gmail.com

*/s/ Ronald Norwood   (with consent)*
Ronald A. Norwood
Aarnarian D. Carey
Lewis Rice, LLC
600 Washington Avenue
Suite 2500
St. Louis, MO 63101
rnorwood@lewisrice.com
acarey@lewisrice.com