IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TOM HENSIEK, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>BD. OF DIRECTORS OF CASINO QUEEN HOLDING CO., INC., *et al.*,<br><br>    Defendants. | |
| BD. OF DIRECTORS OF CASINO QUEEN HOLDING CO., INC., *et al.*,<br><br>    Crossclaim/Third-Party Plaintiffs,<br><br>vs.<br><br>CHARLES BIDWILL, III, *et al.*,<br><br>    Crossclaim/Third-Party Defendants. | Case No. 3:20-cv-377-DWD |
| CHARLES BIDWILL, III,<br>TIMOTHY J. RAND,<br><br>    Defendants/Counterclaimants,<br>    Crossclaim/Third-Party Plaintiffs,<br><br>vs.<br><br>TOM HENSIEK, *et al.*,<br><br>    Counterclaim/Crossclaim/Third-Party Defendants. | |

1

**JAMES G. KOMAN,**

    **Crossclaim Plaintiff,**

vs.

**BD. OF DIRECTORS OF CASINO QUEEN HOLDING CO., INC.,** *et al.*

    **Crossclaim Defendants.**

## ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSE REIMBURSEMENT, SETTLEMENT ADMINISTRATION EXPENSES, AND SERVICE AWARDS

This matter came before the Court for a Fairness Hearing on February 25, 2025. During the Fairness Hearing, the Court considered, among other things, Plaintiffs' Motion for Attorneys' Fees and Expense Reimbursement, Settlement Administration Expenses, and Service Awards, which is unopposed by Defendants. (Doc. 543).

Having considered the motion papers, the proposed Settlement Agreement, which was preliminarily approved on November 14, 2024, and finally approved on February 26, 2025, the arguments of counsel, and all files, records, and proceedings in this action, and otherwise being fully informed as to the facts and the law, the Court **ORDERS** as follows:

    1.    Class Counsel's request for an award of **$2,366,666.67** in attorneys' fees is approved. Having reviewed Class Counsel's application and all applicable legal authorities, the Court finds the requested amount (33% of the Gross Settlement Amount) to be reasonable and appropriate.

    2.    Class Counsel's request for litigation expenses in the amount of **$184,232.59** is approved. Based on a review of the record, the Court finds that these expenses are

reasonable and appropriate given the nature of this action.

3.  Class Counsel's request for settlement administration expenses in the amount of **$36,572** is also approved. The Court has reviewed these expenses (including **$18,572** to the Settlement Administrator and **$18,000** to the Independent Fiduciary who was retained to review the Settlement on behalf of the Plan pursuant to applicable regulations) and finds that they are reasonable and appropriate.

4.  Plaintiffs' request for class representative service awards in the amount of **$25,000 each ($75,000 total)** to Plaintiffs Tom Hensiek, Jason Gill, and Lillian Wrobel, is approved. The Court finds these awards to be justified under the facts of this case and consistent with applicable legal authorities.

5.  Consistent with this ruling, Plaintiffs' Motion for Attorneys' Fees and Expense Reimbursement, Settlement Administration Expenses, and Service Awards is **GRANTED**.

**SO ORDERED.**

Dated: February 25, 2025

_____
DAVID W. DUGAN
United States District Judge